UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IVAN KILGORE,

Plaintiff,

v.

J. DOSS, *et al.*,

Defendants.

Case No. 2:25-cv-3316-TLN-JDP (P)

ORDER

On October 14, 2026, defendants, through their counsel, filed a stipulation for voluntary dismissal with prejudice that has been signed by plaintiff. ECF No. 28 at 2. Therein, the parties represent that they have resolved the case in its entirety, and now stipulate to dismissal of the action with prejudice and with each party to bear its own fees and costs. *Id.* at 2.

Accordingly, it is ORDERED that:

1. Pursuant to the stipulation, ECF No. 28, this action is DISMISSED with prejudice and with each party to bear its own fees and costs.

2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: October 14, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE